# UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

**EDWARD J. LODGE**
District Court Judge

UNITED STATES COURTHOUSE
MSC 040
550 W. FORT STREET
BOISE, IDAHO 83724
(208) 334-9270



July 20, 2007

RECEIVED 2007 JUL 25 A 11: 24 FINANCIAL DISCLOSURE OFFICE

Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Committee,

Pursuant to your correspondence dated July 2, 2007, I submit the following amendments as requested:

| Line | Name | Type | Buy Date | Funds |
|------|------|------|----------|-------|
| 36 | Washington Mutual | Buy* | 05/16/06 | NY Community Bank CD matured On 05/02/06 (line 29 of 2005 report) |
| 37 | Bank of Baroda | Buy* | 03/17/06 | Money Market (line 31 of 2005 report) |
| 38 | United Bankers Bank | Buy* | 02/06/06 | Sonabank CD matured 01/27/06 (line 27 of 2005 report) |
| 45 | Bank of Baroda | Buy* | 03/17/06 | Voyager Bank CD matured on 03/16/06 (line 28 of 2005 report) |
| 46 | US T-bills | Buy* | 04/03/06 | Money Market (line 31 of 2005 report) |

*CD's were purchased and matured in 2006.

I hope and trust this information will be sufficient.

Sincerely



U.S. District Judge

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  LODGE, EDWARD J | 2. Court or Organization  DISTRICT COURT - Idaho | 3. Date of Report  03/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE- Active | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  550 WEST FORT STREET BLDG. BOX 040 BOISE, IDAHO 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 11: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| **LODGE, EDWARD J** | 03/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Idaho Retired District Judge | $ 76,756.92 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State Senator |
| 2. 2006 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 03/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 03/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮Partnership) Building Rental Canyon Co. | | None | N | W | | | | | |
| 2. ▮▮▮▮(Partnership)▮▮▮▮ ▮▮▮Malheur County | | None | N | W | | | | | |
| 3. ▮▮▮▮(Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 4. ▮▮▮▮Canyon County, Id▮▮▮▮ | | None | N | W | | | | | |
| 5. Livestock▮ cows,▮bull,▮calves | | None | .K | W | | | | | |
| 6. Livestock▮calves | | | | | sold | 11/06 | J | C | |
| 7. Scottish Power PLC SPN (f/n/a PacificCorp) | A | Dividend | J | T | | | | | |
| 8. HJ Hines | C | Dividend | .M | T | | | | | |
| 9. Key Bank Market Account | C | Interest | M | T | | | | | |
| 10. ▮▮▮▮50% interest in land house barn & vineyard | | Loss | N | W | | | | | |
| 11. Checking Account Key Bank Caldwell, Id | A | Interest | L | T | | | | | |
| 12. Property Canyon County | | None | M | W | | | | | |
| 13. Edward J. Lodge Key Bank Private Banking Account | A | Interest | K | T | | | | | |
| 14. Edward J. Lodge Albertsons | A | Dividend | K | T | | | | | see 1 |
| 15. Idaho Independent Bank | | None | | | | 10/05 | M | A | see 2 |
| 16. Micron Technology | A | None | J | T | | | | | |
| 17. Idaho Independent Bank | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 03/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Washington Mutual | B | Interest | K | T | | | | | |
| 19. RBC Dain Rauscher | A | Interest | K | T | Matured | 03/06 | K | | Voyager Bank |
| 20. RBC Dain Rauscher | A | Interest | L | | Matured | 01/06 | L | | Sonabank Nat'l. Assn. |
| 21. RBD Dain Rauscher | A | Interest | L | | Matured | 03-06 | L | | Voyager Bank |
| 22. RBC Dain Rausher | A | Interest | L | | Matured | 05/06 | L | | New York Cmmty. Bank |
| 23. RBC Dain Rausher | A | Interest | K | | Matured | 08/06 | K | | Trifton Banking Co. |
| 24. RBC Dain Rausher Tamarack Money Market | D | Dividend | N | T | | | | | |
| 25. Growth Fund of America (RBC) Mutual Fund | A | Dividend | J | T | Buy | 06/20 | J | A | |
| 26. J. Hancock Classic Value (RBC) Mutual Fund | A | Dividend | J | T | Buy | 05/06 | J | A | |
| 27. Opp. Small Cap (RBC) Mutual Fund | A | Dividend | J | T | Buy | 06/06 | J | A | |
| 28. Security Mid Cap (RBC) Mutual Fund | A | Dividend | J | T | Buy | 07/06 | J | A | |
| 29. Europacific Growth (RBC) Mutual Fund | A | Dividend | J | T | Buy | 06/06 | J | A | |
| 30. Capital Income Builder (RBC) Mutual Fund | A | Dividend | J | T | Buy | 06/06 | J | B | |
| 31. Mesa Bank (RBC) CD | A | Int./Div. | K | T | Buy | 11/06 | K | A | |
| 32. Morgan Stanley (RBC) CD | B | Int./Div. | K | T | Buy | 08/06 | K | A | |
| 33. Morgan Stanley (RBC) CD | A | Int./Div. | K | T | Buy | 10/06 | K | A | |
| 34. Franklin Income (RBC) Mutual Fund | A | Dividend | J | T | Buy | 10/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 03/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital Income Builder (RBC) Mutual Fund | A | Dividend | J | T | Buy | 10/26 | J | A | |
| 36. Washington Mutual (RBC) CD | B | Interest | L | T | Matured | 11/06 | L | A | n/a |
| 37. Bank of Baroda (RBC) CD | B | Interest | K | T | Matured | 09/06 | K | A | n/a |
| 38. United Bankers Bank (RBC) CD | B | Interest | L | T | Matured | 06/06 | L | A | n/a |
| 39. Chevron Stock | A | Dividend | K | T | Merger | 08/05 | | | Unocal |
| 40. Sysco Stock | A | Dividend | J | T | Buy | 01/06 | J | A | |
| 41. Del Monte Stock | A | Dividend | J | T | Spin Off | | | | Heinz |
| 42. Supervalue Stock | A | Dividend | J | T | Merger | | | | |
| 43. Morgan Stanley (RBC) CD | B | Interest | K | T | Buy | 08/06 | K | A | |
| 44. Silver Street Bank (RBC) CD | C | Interest | L | T | Buy | 12/06 | L | A | |
| 45. Bank of Baroda (RBC) CD | A | Interest | K | T | Matured | 09/06 | K | A | n/a |
| 46. U.S. T-Bills (RBC) Treasuries | B | Interest | L | T | Matured | 10/05 | L | B | n/a |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Albertson's: 01/06 partly sold
   06/06 partly transferred to Supervaluemerger

2. Idaho Independent Bank transferred to Dain Rauscher (RBC) 10/05

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date 5 / 3 / 0 7

...IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544